```
Sarah Shapero (Bar No. 281748)
Jessica Galletta (Bar No. 281179)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:  (415) 273-3504
Facsimile:   (415) 273-3508

Attorney for Plaintiff,
ROBERT WALTON
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WALTON, an individual;<br><br>  Plaintiff,<br><br>  v.<br><br>CARRINGTON HOLDING COMPANY, LLC;<br>CARRINGTON MORTGAGE SERVICES,<br>LLC; and DOES 1-50 inclusive,<br><br>  Defendants. | Case No.: 2:23-cv-00857-CBM(SKx)<br><br>**ORDER  [46][JS-6]** |

The parties have agreed to a Dismissal of this matter, with prejudice .

**IT IS SO ORDERED.**

Dated: JUNE 26, 2024

_____
Honorable Consuelo B. Marshall,
United States District Judge